IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| D.R., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO.  3:22CV560-ECM |
| | ) | (wo) |
| TALLAPOOSA COUNTY BOARD OF EDUCATION, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this day, Final Judgment is entered in favor of the Defendants and against the Plaintiffs.

The Clerk is DIRECTED to close this case.

DONE the 24th day of April, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE